**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6180**

_____

JUAN CARLOS OLIVO RAMIREZ,

Petitioner - Appellant,

v.

ERIK A. HOOKS,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:17-cv-01157-CCE-LPA)

_____

Submitted: April 19, 2018                    Decided: April 24, 2018

_____

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Juan Carlos Olivo Ramirez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carlos Olivo Ramirez seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice Ramirez's 28 U.S.C. § 2254 (2012) petition as successive and unauthorized. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended dismissal of the petition, and Ramirez was warned that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140 (1985). Ramirez has waived appellate review by failing to file objections. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2